# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DORAN,<br><br>          Petitioner,<br><br>          v.<br><br>GLORIA HENRY, Warden, et al.,<br><br>          Respondents. | Case No. SACV 05-158 DSF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 11/6/09

*[signature: Dale S. Fischer]*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE